SIEGEL ET AL. v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.

No. 773.   Decided June 1, 1959.

*William G. Mulligan* for appellants.

*Frank H. Gordon* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

OHIO EX REL. KLAPP, PROSECUTING ATTORNEY, v. DAYTON POWER & LIGHT CO. ET AL.

No. 851.   Decided June 1, 1959.

*Robert Houston French, Haveth E. Mau* and *R. K. Wilson* for petitioner.

*Julian de Bruyn Kops* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the Sixth Circuit is reversed. *Strawbridge* v. *Curtiss,* 3 Cranch 267; *Removal Cases,* 100 U. S. 457; *Indianapolis* v. *Chase National Bank,* 314 U. S. 63.